■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN MACHADO-RODRIGUEZ, Appellant. [51 NYS3d 465]—Appeal from a judgment of the Onondaga County Court (Thomas J. Miller, J.), rendered April 11, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ.